UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 4:10-mj-1051

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO RECALL WARRANT |
| V. | ) | AND |
| | ) | ORDER TO REQUEST DOCKETING |
| ALEXANDRA FORONDA | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Arrest Warrant currently pending in the above matter is dismissed.

Furthermore, the above matter is to be added to this Court's April 13, 2011 calendar for an initial appearance by the defendant.

SO ORDERED. This the 18th day of February 2011.

_____
Louise W. Flanagan
Chief U.S. District Judge